```
 1  JOSEPH J. WISEMAN, ESQ., CSBN 107403
    JENNIFER C. NOBLE, ESQ., CSBN 256952
 2  JACQUELYN E. LARSON, ESQ., CSBN 264712
    WISEMAN LAW GROUP, P.C.
 3      1477 Drew Avenue, Suite 106
        Davis, California 95618
 4      Telephone:    530.759.0700
        Facsimile:    530.759.0800
 5
 6  Attorney for Defendant
    RUSTY TYNES
 7
```



**FILED**

NOV - 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 11-00246 DAD ~~DAD~~ *Dan* |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO ADVANCE SENTENCING DATE |
| vs. | |
| RUSTY TYNES, | DATE: November 22, 2011 TIME: 10:00 a.m. |
| Defendant. | CTRM. Honorable Dale A. Drozd |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, David L. Stevens, Special Assistant United States Attorney, and defendant RUSTY TYNES, through his counsel of record, Jennifer C. Noble, that the sentencing date of December 6, 2011 be vacated and rescheduled for November 22, 2011, 10:00 a.m. Probation Officer Lynda M. Moore has no objection to advancing the sentencing date.

Dated: November 7, 2011                 Respectfully submitted,

                                         WISEMAN LAW GROUP, P. C.
                                         By:___/s/ Jennifer C. Noble
                                            JENNIFER C. NOBLE
                                            Attorney for Defendant,
                                            RUSTY TYNES

---

STIPULATION AND ORDER TO ADVANCE                              CR S 11-00246 DAD
SENTENCING DATE

| | |
|---|---|
| Dated: November 7, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By:   /s/ David L. Stevens<br>     DAVID L. STEVENS, SAUSA<br>     Attorney for Plaintiff<br>     UNITED STATES OF AMERICA |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing date of December 6, 2011 be vacated and rescheduled to November 22, 2011, at 10:00 a.m.

Dated: November 8, 2011

_____
HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE